Guy T. HELVERING, Commissioner of Internal Revenue, Petitioner, v. W. H. T. FOSTER.

No. 11746.

Circuit Court of Appeals, Eighth Circuit.

June 6, 1941.

Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key, S. Dee Hanson, and F. E. Youngman, Sp. Assts. to Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, and C. E. Lowery, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for petitioner.

Herbert A. Friedlich, Harry Thom, and Benjamin A. Ragir, all of Chicago, Ill., for respondent.

PER CURIAM.

Decision of Board of Tax Appeals reversed on authority of certain decisions of the Supreme Court of the United States, pursuant to motion of counsel for petitioner and concurrence of counsel for respondent, and cause remanded for proceedings in accordance with law.

Andrew FLUETSCH, Jr., Appellant, v. UNITED STATES of America.

No. 12034.

Circuit Court of Appeals, Eighth Circuit.

June 9, 1941.

H. J. Hoffmann, of Dubuque, Iowa, for appellant.

Tobias E. Diamond, U. S. Atty., of Sheldon, Iowa, and Leo F. Tierney, Sp. Asst. to Atty. Gen., for appellee.

PER CURIAM.

Appeal from United States District Court dismissed on motion of appellant and consent of appellee, without costs to either party in this court. Defendant ordered to surrender to custody, etc.

Andrew FLUETSCH, Sr., Appellant, v. UNITED STATES of America.

No. 12033.

Circuit Court of Appeals, Eighth Circuit.

June 9, 1941.

H. J. Hoffmann, of Dubuque, Iowa, for appellant.

Tobias E. Diamond, U. S. Atty., of Sheldon, Iowa, and Leo F. Tierney, Sp. Asst. to Atty. Gen., for appellee.

PER CURIAM.

Appeal from United States District Court dismissed on motion of appellant and consent of appellee, without costs to either party in this court. Defendant ordered to surrender to custody, etc.